UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JONATHAN D. SMITH,<br><br>              Petitioner,<br><br>    v.<br><br>DONALD HOLBROOK,<br><br>              Respondent. | CASE NO. 3:17-CV-05664-RJB-JRC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, and the remaining record, does hereby find and **ORDER:**

(1) The Court adopts the Report and Recommendation (Dkt. 8).

(2) Petitioner's habeas petition is DISMISSED without prejudice; petitioner may refile his habeas petition when he has exhausted his state court remedies.

Dated this 27th day of November, 2017.

_(signature)_

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1